# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2024-0518**

Michael Lee Pollard v. State of Alabama (Appeal from Madison Circuit Court: CC-23-4439.70)

## NOTICE

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk